THORNE NEALE & Co., INC., et al., Plaintiffs-Respondents, and BATON COAL COMPANY, Plaintiff, v. NEW YORK SOUTHERN COAL TERMINAL CORPORATION et al., Appellants.

Argued April 8, 1946; decided April 18, 1946.

*Samuel Shapiro* for motion to dismiss appeal and in opposition to cross motion for leave to appeal.

*Jay Leo Rothschild* and *Louis Rivkin* for cross motion and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed.
Motion for leave to appeal granted.